UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2018 OCT 23 P 3: 52

UNITED STATES OF AMERICA )
) No. 3:18-CR-172
v. )
) JUDGES Reeves \ Poplin
MICHAEL A. LAPAGLIA )

## INFORMATION

### COUNT ONE

The United States Attorney charges that from in or about March 2018 through on or about September 13, 2018, within the Eastern District of Tennessee, the defendant MICHAEL A. LAPAGLIA, did combine, conspire, confederate and agree with another person to commit violations of Title 21, United States Code, Section 841(a)(1), that is to knowingly, intentionally, and without authority distribute and dispense a quantity of pills and sublingual strips containing controlled substances, to include buprenorphine, also known as Suboxone, (Schedule III controlled substances), clonazepam, also known as Klonopin, and diazepam, (Schedule IV controlled substances), and pregabalin, also known as Lyrica, (Schedule V controlled substances).

[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(c)]

### COUNT TWO

The United States Attorney further charges that, on or about June 13, 2018, within the Eastern District of Tennessee, the defendant MICHAEL A. LAPAGLIA, in a matter involving a health care program under Title 18, United States Code, Section 24, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in connection with the delivery of health care benefits, items and services; that is: he wrote a prescription for

Suboxone, a Schedule III controlled substance, which was later filled by a pharmacy, by using the identity of another individual.

[18 U.S.C. § 1035(a)(2)]

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

_Campn R. Hills / For_
DAVID P. LEWEN, JR.
Assistant United States Attorney