# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:18-cr-172-1　　　　　　　　　　　　　　　　　　　　　　　Date: May 27, 2021

## United States of America　　vs.　　Michael A. LaPaglia

**PROCEEDINGS: In Person Sentencing.** All objections by the defendant have been resolved by revisions to the Presentence Investigative Report. The defendant shall remain released on his current bond with all previous conditions to apply.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Terri Grandchamp | T. Wood/A. Bradford |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Anne-Marie Svolto | | Francis L. Lloyd, Jr. |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ■ Allocution given by defendant
- ☐ Government's Motion for Acceptance of Responsibility　　☐ granted　☐ denied
- ■ Government's Motion [R68]　　■ granted　☐ denied
- ☐ Defendant's Motion for Variance　　☐ granted　☐ denied

■ **JUDGMENT OF THE COURT:**
The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 18 months. The sentence consists of 18 months as to each of Counts 1 and 2 of the Information; to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for the term of 3 years. This term consists of 3 years as to each of Counts 1 and 2 of the Information; to be served concurrently. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (7) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**
The court recommends that the defendant receive any substance abuse treatment offered by the BOP while incarcerated. Lastly, the court recommends the defendant be designated to FMC Lexington, Kentucky.

- ■ Special assessment: $200.00
- ■ Restitution: $5,022.72
- ■ Defendant to remain on bond pending designation
- ☐ Defendant remanded to custody

1:07 – 1:17
1:31 – 3:41