IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA

v.

Case No.     3:18-cr-172-1

MICHAEL A. LAPAGLIA


# NOTICE OF APPEAL

Notice is hereby given that Michael A. LaPaglia, hereby appeals to the United States

Court of Appeals for the Sixth Circuit from the Final Judgment [R.78] entered in this action on

the 7th day of June, 2021.




Defendant's signature:          s\ Michael A. LaPaglia (prepared by courtroom deputy based on

                                Attorney Lloyd's request in open court on behalf of Defendant)