**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 09, 2021

Mr. Francis L. Lloyd Jr.
Law Offices
9111 Cross Park Drive
Suite D-200
Knoxville, TN 37923

Ms. Anne-Marie Svolto
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Re: Case No. 21-5560, *USA v. Michael Lapaglia*
Originating Case No. : 3:18-cr-00172-1

Dear Counsel and Dr. Lapaglia,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford on behalf of Ms. Monica Page
Case Manager
Direct Dial No. 513-564-7016

cc: Michael A. Lapaglia
    Ms. LeAnna Wilson

Enclosure

Case No. 21-5560

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MICHAEL A. LAPAGLIA, MD

    Defendant - Appellant

Upon consideration of the motion of Francis L. Lloyd, Jr. to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 09, 2021

_____